United States District Court
Southern District of Texas
FILED

JUL 30 2019

David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Criminal No. **M-19-1396** |
| NATHAN LEE TAMEZ | § § | |

### SEALED INDICTMENT

**THE GRAND JURY CHARGES:**

#### Count One

From on or about June 26, 2019 to on or about June 27, 2019, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**NATHAN LEE TAMEZ**

knowing and in reckless disregard of the fact that individuals, who were aliens, had come to, entered and remained in the United States in violation of law, did knowingly and intentionally conspire and agree together and with other persons known and unknown to the Grand Jurors to transport and move said aliens within the United States in furtherance of such violation of law, that is, from a location near Alamo, Texas, to another location near Alamo, Texas, by means of a motor vehicle.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(v)(I), 1324(a)(1)(A)(ii), and 1324(a)(1)(B)(i).

**Count Two**

From on or about June 26, 2019 to on or about June 27, 2019, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**NATHAN LEE TAMEZ**

knowing and in reckless disregard of the fact that Carlos Mena-Paredes was an alien who had come to, entered, and remained in the United States in violation of law, did knowingly transport, move, attempt to transport, and attempt to move said alien within the United States in furtherance of such violation of law, that is, from a location near Alamo, Texas, to another location near Alamo, Texas, by means of a motor vehicle, for the purpose of commercial advantage and private financial gain.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(II), and 1324(a)(1)(B)(i).

**Count Three**

From on or about June 26, 2019 to on or about June 27, 2019, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**NATHAN LEE TAMEZ**

knowing and in reckless disregard of the fact that Silviano Sanchez De Jesus was an alien who had come to, entered, and remained in the United States in violation of law, did knowingly transport, move, attempt to transport, and attempt to move said alien within the United States in furtherance of such violation of law, that is, from a location near Alamo, Texas, to another location near Alamo, Texas, by means of a motor vehicle, for the purpose of commercial advantage and private financial gain.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(II), and 1324(a)(1)(B)(i).

A TRUE BILL

_____
FOREPERSON

RYAN K. PATRICK
UNITED STATES ATTORNEY

_Lili Prayma_
ASSISTANT UNITED STATES ATTORNEY